UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY MAGEE, | 1:04-cv-06425-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 16), **DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT FOR DEFENDANTS** |
| vs. | |
| WIMBISH, et al., | |
| Defendants. | |

Plaintiff, Jimmy Magee ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 10, 2006, the Court issued an Order dismissing the Complaint with leave to amend as it did not state claims on which relief could be granted. Plaintiff, however, failed to file an Amended Complaint. Thus, on April 19, 2006, the Magistrate Judge filed Findings and Recommendations which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the

Magistrate Judge's Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations, filed April 19, 2006, are ADOPTED IN FULL;

    2.  The Complaint, and therefore this action, is DISMISSED pursuant to Local Rule 11-110, based on plaintiff's failure to obey the court's order of March 10, 2006, and for failure to state a claim on which relief can be granted;

    3.  The Clerk of the Court is directed to enter judgment for defendants.

    IT IS SO ORDERED.

**Dated:  May 26, 2006**                                                /s/ Robert E. Coyle
668554                                                     UNITED STATES DISTRICT JUDGE